## TABLE OF EXHIBITS

Exhibit 1: Kentucky Resident Record Card

Exhibit 2: May 1, 2020, DOC Response Letter

Exhibit 3: January 30, 2025, DOC Response Letter

Exhibit 4: Sentence Monitoring Computation Data

Exhibit 5: Request For Compassionate Release

Exhibit 6: Warden's Denial

Exhibit 7: FSA Time Credit Assessment, Pg. 1

Exhibit 8: FSA Time Credit Assessment, Pg. 4

Exhibit 9: FSA Time Credit Assessment, Pg. 3

Exhibit 10: Individualized Needs Plan

Exhibit 11: Psychology Department Correspondence

Exhibit 12: Chronological Disciplinary Record

Exhibit 13: Inmate Education Data Transcript, Program Review, & Certificates

Exhibit 14: Letter of Support

Exhibit 15: Letter of Intent to Hire