# EXHIBIT 1

Kentucky Resident Record Card

Henderson Clerk of Courts
20 N. Main St
Henderson, Ky 42420

OTCS010

Friday January 17, 2020 09:06:14 AM

| | | | | |
|---|---|---|---|---|
| INMATE NAME: Rich, Kyle W. | DOC#: 217889 | DOB: 03/07/1986 | AGE: 33 | RACE: White |
| SID #: KYA0227282 | FBI #: 424141JB5 | | | |
| HIGHEST GRADE: Unknown | GED: No | | | |
| LOCATION: KCI Paducah | HOUSING: | CUSTODY LEVEL: Community (Level 1) | | |

You have been committed to the DOC to serve the following sentences.

| CMT. | OFFENSE | FEL CLS | INDICTMENT NUMBER | COUNTY NAME | TOTAL SENTENCE YYY/MM/DD | | PE | CONVICTED DATE | JAIL CREDIT |
|---|---|---|---|---|---|---|---|---|---|
| AA-001 | Traf In Marijuana-8 Oz To LT 5 Lbs-1st Offense | D | 04-CR-00355 | Henderson | 5y 0m 0d | | 20% | 02/22/2008 | 42 |
| AB-001 | Traf Cont Sub-1st Degree-1st Offense-Drug Unspecified | C | 09CR100 | Henderson | 6y 0m 0d | CS | 20% | 07/15/2009 | 0 |

| | |
|---|---|
| Total Sentence Length: 11y 0m 0d | Statutory Good Time: Eligible |
| Time Served: 5y 3m 9d | Non-Restorable Good Time Loss: 0 days |
| Time Remaining: 1y 6m 3d | Restorable Good Time Loss: 0 days |
| Sentence Start Date: 02/13/2008 | Meritorious Good Time Loss: 0 days |

| | | | | |
|---|---|---|---|---|
| RELEASE DATES: | PAROLE ELIGIBILITY DATE: | Recommended | ULTIMATE DATE: | N/A |
| | MINIMUM EXPIRATION DATE: | 11/13/2016 | MAXIMUM EXPIRATION DATE: | 01/30/2021 |

| BEGAN | ENDED | DAYS | TYPE |
|---|---|---|---|
| 06/11/2008 | 03/30/2009 | 292 | Shock Probation |
| 12/22/2011 | 07/17/2013 | 573 | Parole |

| POSTED | DAYS | TYPE |
|---|---|---|
| 06/01/2009 | 4 | Work for Time Credit (Inmate) |
| 06/30/2009 | 7 | Meritorious Good Time |
| 07/31/2009 | 7 | Meritorious Good Time |
| 09/30/2009 | 7 | Meritorious Good Time |
| 11/01/2009 | 2 | Work for Time Credit (Inmate) |
| 12/01/2009 | 1 | Work for Time Credit (Inmate) |
| 01/01/2010 | 1 | Work for Time Credit (Inmate) |
| 02/01/2010 | 1 | Work for Time Credit (Inmate) |
| 03/01/2010 | 4 | Work for Time Credit (Inmate) |
| 04/01/2010 | 4 | Work for Time Credit (Inmate) |
| 05/01/2010 | 1 | Work for Time Credit (Inmate) |
| 06/30/2010 | 7 | Meritorious Good Time |
| 08/31/2010 | 7 | Meritorious Good Time |
| 10/31/2010 | 7 | Meritorious Good Time |
| 12/31/2010 | 7 | Meritorious Good Time |
| 02/01/2011 | 1 | Work for Time Credit (Inmate) |
| 02/28/2011 | 0 | Meritorious Good Time |
| 03/01/2011 | 0 | Meritorious Good Time |
| 03/31/2011 | 0 | Meritorious Good Time |
| 04/01/2011 | 3 | Work for Time Credit (Inmate) |
| 04/30/2011 | 0 | Meritorious Good Time |

| POSTED | DAYS | TYPE |
|---|---|---|
| 05/31/2009 | 31 | Meritorious Good Time |
| 06/01/2009 | 7 | Meritorious Good Time |
| 07/01/2009 | 2 | Work for Time Credit (Inmate) |
| 08/31/2009 | 7 | Meritorious Good Time |
| 10/31/2009 | 7 | Meritorious Good Time |
| 11/30/2009 | 7 | Meritorious Good Time |
| 12/31/2009 | 7 | Meritorious Good Time |
| 01/31/2010 | 7 | Meritorious Good Time |
| 02/28/2010 | 7 | Meritorious Good Time |
| 03/31/2010 | 7 | Meritorious Good Time |
| 04/30/2010 | 7 | Meritorious Good Time |
| 05/31/2010 | 7 | Meritorious Good Time |
| 07/31/2010 | 7 | Meritorious Good Time |
| 09/30/2010 | 7 | Meritorious Good Time |
| 11/30/2010 | 7 | Meritorious Good Time |
| 01/31/2011 | 7 | Meritorious Good Time |
| 02/01/2011 | 3 | Work for Time Credit (Inmate) |
| 03/01/2011 | 4 | Work for Time Credit (Inmate) |
| 03/31/2011 | 0 | Meritorious Good Time |
| 03/31/2011 | 0 | Meritorious Good Time |
| 04/30/2011 | 0 | Meritorious Good Time |