# EXHIBIT 2

May 1, 2020, DOC Response Letter

# DEPARTMENT OF CORRECTIONS

**Andy Beshear**
Governor

**Offender Information Services**
P.O. Box 2400
Frankfort, Kentucky 40602-2400
Phone: (502) 564-2433
Fax: 502-564-9575

**Randy White**
Acting Commissioner

**Hilarye L. Dailey**
Deputy Commissioner

May 1, 2020

Kyle Rich#67559-018
KY DOC #217889
Federal Correctional Complex Coleman- Medium
P.O. Box 1032
Coleman, FL 33521

This correspondence is a response to your letter that was received in this office. In reviewing your file, according to the ICOTS violation report you had absconded from supervision on 3/13/2015. A Parole violation warrant for absconding was issued on 5/4/2015. However on 6/27/2017 the previous warrant for absconding was rescinded by the Parole board and the Parole Board reissued a new warrant for a new felony conviction. As of this date you have not been violated from Parole. You will be extradited back to Kentucky upon the completion of your Federal sentence.

I hope that I have addressed all your concerns.

Loretta Turley

Loretta B. Turley
Offender Information Specialist I