# EXHIBIT 3

January 30, 2025, DOC Response Letter

Andy Beshear
GOVERNOR

JUSTICE AND PUBLIC SAFETY CABINET
DEPARTMENT OF CORRECTIONS
P.O. Box 2400
Frankfort, Kentucky 40602
Phone: (502) 564-4726
Fax: (502) 564-5037

Keith L. Jackson
SECRETARY

Cookie Crews
COMMISSIONER

FCI Coleman Low
846 NE 54th Terrace
Sumterville, FL 33521

January 30, 2025

**RE:** **Kyle W. Rich**

**KY DOC #217889/BOP Register 67559-018**

Dear Mr. Rich,

An email submitted on your behalf from hope.upscale.9y@icloud.com on January 29, 2025, at 9:55 am, to the Kentucky Parole Board at JusticeCORParoleBoard@ky.gov has been forwarded to me for a response. An additional email submitted on your behalf from prisonbarbie1102@gmail.com on January 29, 2025, at 10:02 am, to the Kentucky Governor's Office of Constituent Services, has also been forwarded to me for a response.

I have reviewed both emails submitted on your behalf and have found that both submissions contain the same information and request the same resolution. As such, this letter of response shall serve as a response to both email requests.

You have requested that the current parole violation detainer lodged against you by the Kentucky Department of Corrections be dismissed. Further, you maintain that, "under Kentucky law, the parole board has the discretion to dismiss detainers that no longer serve a rehabilitative or public safety purpose."

I have reviewed this matter and found that Parole Violation Warrant 2017-43197, was issued by the Kentucky Parole Board, for the violations of Receiving a New Federal Conviction (3 counts), on June 26, 2017.

Per Kentucky Revised Statute 439.344, you must be returned to prison [Kentucky Department of Corrections] as a parole violator for a new felony conviction, and per KRS 533.060, your parole violation shall not be permitted to run concurrently with your new felony conviction. Please understand that once you have completed your federal sentence, you will be extradited back to the Kentucky Department of Corrections, where a final hearing before the Kentucky Parole Board will be scheduled.

If you have further concerns or questions regarding the parole violation hearing process, please direct your correspondence to the Kentucky Parole Board at PO Box 2400, Frankfort, KY 40602-2400.

Sincerely,

Emily Robinson

Emily Robinson
Probation & Parole Officer IV | Parole to Hold Officer | Kentucky Department of Corrections