# EXHIBIT 4

Sentence Monitoring Computation Data

COLD6 540*23 * SENTENCE MONITORING * 04-19-2026
PAGE 001 * COMPUTATION DATA * 08:41:43
AS OF 04-19-2026

REGNO..: 67559-018 NAME: RICH, KYLE WILLIAM

FBI NO...........: 424141JB5 DATE OF BIRTH: 03-07-1986 AGE: 40
ARS1.............: COL/A-DES
UNIT.............: 1 GP QUARTERS.....: A01-014U
DETAINERS........: YES NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-03-2028

THE INMATE IS PROJECTED FOR RELEASE: 04-03-2029 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: KENTUCKY, WESTERN DISTRICT
DOCKET NUMBER...................: 4:16-CR-4-1-JHM
JUDGE...........................: MCKINLEY
DATE SENTENCED/PROBATION IMPOSED: 06-12-2017
DATE COMMITTED..................: 07-19-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $300.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 391 21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21:846 & 841(B)(1)(A)(VIII) & 21:841(A)(1) CONSPIRACY TO KNOWINGLY & INTENTIONALLY PWITD METHAMPHETAMINE;21:841(A)(1) & 841(B)(1)(A)(VIII) KNOWINGLY AND INTENTIONALLY POSSESSED W/ INTENT TO DISTRIBUTE METHAMPHETAMINE; 18:922(G)(1) & 924(A)(2) FELON IN POSSESSION OF FIREARM; 21:853,18:924(D)& 28:2461

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 180 MONTHS
TERM OF SUPERVISION............: 5 YEARS

G0002 MORE PAGES TO FOLLOW . . .

REGNO..: 67559-018 NAME: RICH, KYLE WILLIAM

DATE OF OFFENSE................: 05-04-2015

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-30-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-06-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-12-2017
TOTAL TERM IN EFFECT............: 180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 15 YEARS
EARLIEST DATE OF OFFENSE........: 05-04-2015

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 06-12-2016 | 06-15-2016 |
| | 06-26-2016 | 06-11-2017 |

TOTAL PRIOR CREDIT TIME.........: 355
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 810
TOTAL GCT EARNED................: 486
STATUTORY RELEASE DATE PROJECTED: 04-03-2029
ELDERLY OFFENDER TWO THIRDS DATE: 06-22-2026
EXPIRATION FULL TERM DATE.......: 06-22-2031
TIME SERVED.....................: 9 YEARS 9 MONTHS 29 DAYS
PERCENTAGE OF FULL TERM SERVED..: 65.5
PERCENT OF STATUTORY TERM SERVED: 76.8

REGNO..: 67559-018 NAME: RICH, KYLE WILLIAM

PROJECTED SATISFACTION DATE.....: 04-03-2029
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 06-30-20:UPT PCC C/SIG.

REGNO..: 67559-018 NAME: RICH, KYLE WILLIAM

------------------------------ CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 08-15-2017
JURISDICTION.: STATE OF KENTUCKY
AUTHORITY....: KY DEPARTMENT OF CORRECTIONS
CHARGES......: PAROLE VIOLATION

G0000 TRANSACTION SUCCESSFULLY COMPLETED