# EXHIBIT 6

Warden's Denial

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex-LOW
P.O. Box 1021
Coleman, Florida 33521-1021

July 12, 2026

Name: Rich, Kyle William
Register Number: 67559-018
Housing Unit: A-1

RE: Request for Compassionate Release/Reduction in Sentence

This is in response to your Reduction in Sentence application dated June 30, 2026. You requested a Compassionate Release/Reduction in Sentence (RIS) under Extraordinary or Compelling Circumstances.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons (BOP), to reduce a term of imprisonment for extraordinary or compelling reasons. Bureau of Prisons Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. § 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate," the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

As you did not specifically cite any of the aforementioned circumstances or provide supporting documentation, you do not meet the requirements outlined in the first stage of the Warden's review in accordance with the minimum criteria for a Compassionate Release/Reduction in Sentence set forth in Bureau of Prisons Program Statement 5050.50. Therefore, your request is denied.

In compliance with Bureau of Prisons' Program Statement 5050.50, titled Compassionate Release/Reduction in Sentence, if you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

I trust this information adequately addresses your concerns.

A. Mendoza, Warden — Date: 7/14/26

Inmate — Date: 7/22/26