# EXHIBIT 7

FSA Time Credit Assessment, Pg. 1

# FSA Time Credit Assessment

**Register Number:67559-018, Last Name:RICH**

**U.S. DEPARTMENT OF JUSTICE** | **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 67559-018 | Responsible Facility: COL |
| Inmate Name | Assessment Date.....: 07-27-2026 |
| Last.............: RICH | Period Start/Stop...: 12-21-2018 to 07-27-2026 |
| First............: KYLE | Accrued Pgm Days....: 2743 |
| Middle...........: WILLIAM | Disallowed Pgm Days.: 32 |
| Suffix...........: | FTC Towards RRC/HC..: 545 |
| Gender.............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 06-12-2017 | Apply FTC to Release: No |

**--- FTC Claim Status ---**

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 07-27-2026 | accrue | 2743 |
| | | disallow | 32 |

**Cannot apply FTC(s) towards early release.**

**Cannot apply FTC(s) towards RRC/HC.**

**FSA risk in upper half.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| COL | FSA | R-MED | 03-11-2026 19:51 | CURRENT |

**--- Program Day Intervals ---**

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 03-21-2019 | accrue | 90 |

Accrued Pgm Days...: 90
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 30

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-21-2019 | 04-10-2019 | disallow | 20 |

**Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| A01 | ARS | A-ADMIT | 03-20-2019 09:04 | 03-20-2019 11:28 |
| BEC | ARS | TRANSFER | 03-20-2019 09:04 | 03-20-2019 09:04 |
| ATL | ARS | A-ADMIN | 03-20-2019 11:28 | 03-20-2019 12:01 |
| A01 | ARS | RELEASE | 03-20-2019 11:28 | 03-20-2019 11:28 |
| ATL | ARS | ADMIN REL | 03-20-2019 12:01 | 03-20-2019 12:01 |
| A01 | ARS | A-ADMIT | 03-20-2019 12:01 | 03-20-2019 14:53 |
| ATL | ARS | A-BOP HLD | 03-20-2019 14:53 | 04-11-2019 02:30 |
| A01 | ARS | RELEASE | 03-20-2019 14:53 | 03-20-2019 14:53 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-10-2019 | 07-27-2022 | accrue | 1204 |