# EXHIBIT 8

FSA Time Credit Assessment, Pg. 4

# FSA Time Credit Assessment

**Register Number:67559-018, Last Name:RICH**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------**

**All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 07-27-2026. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.**

**SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**

---

Projected Release Date: 04-03-2029
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Recommended Placement Days (Following 5 Factor Review): N/A
SCA Recommended Placement Date: N/A
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: N/A
Max. Statutory HC Placement Date (if approp.): 10-03-2028
Recommended HC Placement Date (if approp.): N/A

**--- SCA Ineligible ---------------------------------------------------------------------**

**--- Detainers**

| Id | Lodged | Org Authority |
|---|---|---|
| 001 | 08-15-2017 | SKY KY DEPARTMENT OF CORRECTIONS |