# EXHIBIT 9

FSA Time Credit Assessment, Pg. 3

# FSA Time Credit Assessment

**Register Number:67559-018, Last Name:RICH**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**--- FSA Assessment(s) ---**

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | R-HI | 04-28-2021 18:21 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | R-HI | 04-28-2021 18:21 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | R-HI | 04-28-2021 18:21 | 10 |
| 004 | 01-13-2020 | 07-11-2020 | R-HI | 04-28-2021 18:21 | 10 |
| 005 | 07-11-2020 | 01-07-2021 | R-HI | 04-28-2021 18:21 | 10 |
| 006 | 01-07-2021 | 07-06-2021 | R-HI | 04-28-2021 18:21 | 10 |
| 007 | 07-06-2021 | 01-02-2022 | R-HI | 04-28-2021 18:21 | 10 |
| 008 | 01-02-2022 | 07-01-2022 | R-HI | 10-21-2021 16:05 | 10 |
| 009 | 07-01-2022 | 12-28-2022 | R-HI | 04-27-2022 07:41 | 10 |
| 010 | 12-28-2022 | 06-26-2023 | R-MED | 08-20-2022 11:02 | 10 |
| 011 | 06-26-2023 | 12-23-2023 | R-MED | 02-02-2023 11:36 | 10 |
| 012 | 12-23-2023 | 06-20-2024 | R-MED | 10-03-2023 03:05 | 10 |
| 013 | 06-20-2024 | 12-17-2024 | R-MED | 04-25-2024 16:02 | 10 |
| 014 | 12-17-2024 | 06-15-2025 | R-MED | 10-08-2024 14:18 | 10 |
| 015 | 06-15-2025 | 12-12-2025 | R-LW | 04-07-2025 10:40 | 10 |
| 016 | 12-12-2025 | 06-10-2026 | R-LW | 04-07-2025 10:40 | 10 |
| 017 | 06-10-2026 | 12-07-2026 | R-MED | 03-11-2026 19:51 | 10 |