# EXHIBIT 11

Psychology Department Correspondence

TRULINCS 67559018 - RICH, KYLE WILLIAM - Unit: COL-A-A

---

FROM: Psychology Services LOW
TO: 67559018
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/06/2026 09:37:02 AM

You are on the waitlist, classes go by release date.

---

From: ~^! RICH, ~^!KYLE WILLIAM <67559018@inmatemessage.com>
Sent: Wednesday, August 5, 2026 10:25 AM
Subject: ***Request to Staff*** RICH, KYLE, Reg# 67559018, COL-A-A

To: Needs Requirement
Inmate Work Assignment: Al Orderly

Just wondering the reason why I've not yet been enrolled in a Trauma based program, in order to meet my Needs Assessment requirement?

Thank you