# EXHIBIT 12

Chronological Disciplinary Record

```
  COLD6          *          INMATE DISCIPLINE DATA          *      04-19-2026
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD     *      08:41:00

REGISTER NO: 67559-018 NAME..: RICH, KYLE WILLIAM
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-19-2026

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4171126 - SANCTIONED INCIDENT DATE/TIME: 08-25-2025 1400
DHO HEARING DATE/TIME: 09-10-2025 0914            DHO REPT DEL: 09-11-2025 0723
FACL/CHAIRPERSON.....: COL/A. RICH
REPORT REMARKS.......: DHO FOUND I/M TO HAVER COMM THE ACT OF POSS OF TABACCO
   331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
        LOSE JOB    / 180 DAYS / CS
        COMP:    LAW:    POSSESSING TOBACCO IN UNICOR
        LP PHONE    / 120 DAYS / CS
                   FROM: 09-10-2025  THRU: 01-07-2026
        COMP:    LAW:
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```