# EXHIBIT 13

Inmate Education Data Transcript, Program Review, & Certificates

COLEM * INMATE EDUCATION DATA * 08-02-2026
PAGE 001 OF 001 * TRANSCRIPT * 14:02:39

REGISTER NO: 67559-018 NAME..: RICH FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: COL-COLEMAN LOW FCI

---------------------------- EDUCATION INFORMATION ----------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| COL | ESL HAS | ENGLISH PROFICIENT | 07-24-2017 1404 | CURRENT |
| COL | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-24-2017 1403 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| COL | ACE LEGAL RESEARCH | 07-17-2026 | CURRENT | | | | |
| COL | ACE REAL ESTATE | 07-17-2026 | CURRENT | | | | |
| COL | ACE- AMERICAN HISTORY | 05-01-2026 | 07-02-2026 | P | C | P | 12 |
| COL | ACE DENTAL HEALTH | 04-28-2026 | 06-30-2026 | P | C | P | 2 |
| COL | ACE-SMALL BUSINESS IN SPANISH | 03-31-2025 | 06-18-2025 | P | C | P | 24 |
| COL | S-SAP UNICOR COMPLETION | 08-05-2024 | 10-17-2024 | P | C | P | 92 |
| MAN | FCI OFFICIALS BASKETBALL CLASS | 12-29-2023 | 02-22-2024 | P | C | P | 2 |
| MAN | MARKETING | 11-03-2023 | 11-14-2023 | P | C | P | 1 |
| MAN | ACE BEHIND ON BILLS | 09-22-2023 | 09-22-2023 | P | C | P | 1 |
| MAN | ACE CREDIT REPAIR | 08-10-2023 | 08-10-2023 | P | C | P | 1 |
| MAN | ACE BUILDING YOUR SAVINGS | 08-04-2023 | 08-04-2023 | P | C | P | 1 |
| MAN | RP5 A&O/CMC | 08-17-2022 | 08-17-2022 | P | C | P | 1 |
| COM | BEGINNING SPINNING CLASS | 05-31-2022 | 07-26-2022 | P | C | P | 1 |
| ATL DCU | DCU MONEY MANAGEMENT | 03-22-2019 | 03-23-2019 | P | C | P | 10 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

COLEM 531.01 * INMATE HISTORY * 08-02-2026
PAGE 001 OF 001 * PT OTHER * 14:02:10

REG NO..: 67559-018 NAME....: RICH, KYLE WILLIAM
CATEGORY: PTO FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| COL | A SUCCESSW | ACADEMIC SUCCESS WAITLIST | 09-11-2023 1040 | CURRENT |
| COL | AGE BDY W | HEALTHY AGING BODY WAIT | 07-14-2026 1342 | CURRENT |
| COL | ANG M WAIT | ANGER MANAGEMENT CBT WAIT | 02-17-2022 1517 | CURRENT |
| COL | ARTH FND W | ARTHRITIS FOUNDATION WALK WAIT | 10-19-2021 1543 | CURRENT |
| COL | CR TH WAIT | CRIMINAL THINKING WAIT | 02-17-2022 1517 | CURRENT |
| MAN | UNICOR C | UNICOR 500 HOURS COMPLETE | 02-16-2024 1649 | 02-16-2024 1649 |
| MAN | UNICOR C | UNICOR 500 HOURS COMPLETE | 12-28-2023 1616 | 12-28-2023 1616 |
| MAN | UNICOR C | UNICOR 500 HOURS COMPLETE | 05-18-2023 1637 | 05-18-2023 1637 |
| MAN | UNICOR C | UNICOR 500 HOURS COMPLETE | 02-03-2023 1356 | 02-03-2023 1356 |
| MAN | UNICOR C | UNICOR 500 HOURS COMPLETE | 10-21-2022 1545 | 10-21-2022 1545 |
| MAN | TALK DOC C | TALKING WITH YOUR DOCTOR COMP | 09-21-2022 1301 | 09-21-2022 1301 |
| MAN | TALK DOC P | TALKING WITH YOUR DOCTOR PART | 09-14-2022 1232 | 09-21-2022 1301 |
| MAN | TALK DOC W | TALKING WITH YOUR DOCTOR WAIT | 09-06-2022 1033 | 09-14-2022 1232 |
| COM | UNICOR C | UNICOR 500 HOURS COMPLETE | 08-31-2020 0000 | 09-20-2021 1025 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 02064263

Dept. of Justice / Federal Bureau of Prisons

Team Date: 03-08-2026

Plan is for inmate: RICH, KYLE WILLIAM 67559-018

Facility: COL COLEMAN LOW FCI
Name: RICH, KYLE WILLIAM
Register No.: 67559-018
Age: 40
Date of Birth: 03-07-1986

Proj. Rel. Date: 04-03-2029
Proj. Rel. Mthd: GOOD CONDUCT TIME
DNA Status: MAN05275 / 08-08-2022

## Detainers

| Detaining Agency | Remarks |
|---|---|
| KENTUCKY | PAROLE VIOLATION |

## Pending Charges

Multiple pending Brevard County, FL
05-2007-CT-038430A
82D05-0802-CM-00749

Henderson County, KY
16-CR-00391

## Inmate Photo ID Status

Full status incomplete - Expiration: null

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | A-1 ORD | A-1 UNT ORDERLY | 11-13-2025 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | ESL HAS | ENGLISH PROFICIENT | 07-24-2017 |
| COL | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-24-2017 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COL | C | ACE-SMALL BUSINESS IN SPANISH | 03-31-2025 | 06-18-2025 |
| COL | C | S-SAP UNICOR COMPLETION | 08-05-2024 | 10-17-2024 |
| MAN | C | FCI OFFICIALS BASKETBALL CLASS | 12-29-2023 | 02-22-2024 |
| MAN | C | MARKETING | 11-03-2023 | 11-14-2023 |
| MAN | C | ACE BEHIND ON BILLS | 09-22-2023 | 09-22-2023 |
| MAN | C | ACE CREDIT REPAIR | 08-10-2023 | 08-10-2023 |
| MAN | C | ACE BUILDING YOUR SAVINGS | 08-04-2023 | 08-04-2023 |
| MAN | C | RP5 A&O/CMC | 08-17-2022 | 08-17-2022 |
| COM | C | BEGINNING SPINNING CLASS | 05-31-2022 | 07-26-2022 |
| ATL DCU | C | DCU MONEY MANAGEMENT | 03-22-2019 | 03-23-2019 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-03-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-20-2017 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 07-20-2017 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-03-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-03-2017 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 01-23-2025 |

## Individualized Needs Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: RICH, KYLE WILLIAM 67559-018

SEQUENCE: 02064263
Team Date: 03-08-2026

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 03-22-2018 |
| NR COMP | NRES DRUG TMT/COMPLETE | 02-13-2019 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 10-12-2018**

Inmate Decision: **AGREED** **$50.00** Frequency: **MONTHLY**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### FRP Deposits

Trust Fund Deposits - Past 6 months: $614.77 Payments commensurate ? N/A

New Payment Plan: ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 12-03-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-11-2026 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-11-2026 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-11-2026 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 03-11-2026 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 03-11-2026 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-11-2026 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-11-2026 |
| N-MEDICL N | NEED - MEDICAL NO | 03-11-2026 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 03-11-2026 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-11-2026 |
| N-TRAUMA Y | NEED - TRAUMA YES | 03-11-2026 |
| N-WORK N | NEED - WORK NO | 03-11-2026 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 03-11-2026 |

### Progress since last review

Recommendations not met. Inmate Rich has maintained clear conduct during this review period.

### Next Program Review Goals

Complete the Resolve Program to address your trauma need during this review period.

### Long Term Goals

Complete the Threshold or Anger Management program by Jan 2028 to address your cognition need.

### RRC/HC Placement

Recommended Placement on date 09-28-2026.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : Existing and projected budget constraints/bed availability
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

The Unit Team notified the inmate of his targeted goals.

Name: RICH, KYLE WILLIAM
Register No.: 67559-018
Age: 40
Date of Birth: 03-07-1986

DNA Status: MAN05275 / 08-08-2022

Inmate (RICH, KYLE WILLIAM. Register No.: 67559-018)

Date

Unit Manager / Chairperson

Case Manager

Date

Date

# Certificate of Completion

Presented to

## Kyle Rich

## 67559-018

For successfully completing the Drug Abuse Education Course.
The Drug Abuse Education Course is a minimum of 12 hours.
The goal of this program is to help the offender to make an accurate evaluation of the consequences of his alcohol / drug use and consider the need for treatment.

C Woolwine 3/22/18

C. Woolwine, Drug Treatment Specialist

# Psychology Programs Certificate

This certificate is awarded to:

## Kyle Rich

for completion of the Non-Residential
Drug Abuse Treatment Program
at FCI Beckley, West Virginia,
on February 13, 2019.

William R. Carnell, DTS

# Course Certificate

SAP Enable Now Online Training

## Kyle william Rich

has successfully passed the course

## Inmate-Accounts Receivable

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
9/24/2024

**Course Items:**
Total number of lessons: 1
Included tests: 18

**Test Score:**
Tests passed: 94%
Required minimum value: 75%

This certificate w as created on 10/17/2024 w ith the SAP Enable Now Manager

# Course Certificate

SAP Enable Now Online Training

## Kyle william Rich

has successfully passed the course

## Inmate-Accounts Payable

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
9/30/2024

**Course Items:**

| | |
|---|---|
| Total number of lessons: | 1 |
| Included tests: | 6 |

**Test Score:**

| | |
|---|---|
| Tests passed: | 100% |
| Required minimum value: | 75% |

This certificate w as created on 10/17/2024 with the SAP Enable Now Manager

# Course Certificate

SAP Enable Now Online Training

## Kyle william Rich

has successfully passed the course

## Inmate-SAP Navigation

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
9/23/2024

**Course Items:**

| | |
|---|---|
| Total number of lessons: | 1 |
| Included tests: | 25 |

**Test Score:**

| | |
|---|---|
| Tests passed: | 100% |
| Required minimum value: | 75% |

This certificate was created on 10/17/2024 with the SAP Enable Now Manager

# Course Certificate

SAP Enable Now Online Training

## Kyle william Rich

has successfully passed the course

## Inmate-Period End Close

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
10/17/2024

**Course Items:**
Total number of lessons: 1
Included tests: 6

**Test Score:**
Tests passed: 83%
Required minimum value: 75%

This certificate w as created on 10/17/2024 with the SAP Enable Now Manager

# Course Certificate

SAP Enable Now Online Training

## Kyle william Rich

has successfully passed the course

## Inmate-Purchase Execution

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
10/15/2024

**Course Items:**

| | |
|---|---|
| Total number of lessons: | 1 |
| Included tests: | 13 |

**Test Score:**

| | |
|---|---|
| Tests passed: | 92% |
| Required minimum value: | 75% |

This certificate was created on 10/17/2024 with the SAP Enable Now Manager

# Course Certificate

SAP Enable Now Online Training

## Kyle william Rich

has successfully passed the course

## Inmate-General Ledger

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
9/30/2024

**Course Items:**

| | |
|---|---|
| Total number of lessons: | 1 |
| Included tests: | 6 |

**Test Score:**

| | |
|---|---|
| Tests passed: | 100% |
| Required minimum value: | 75% |

This certificate was created on 10/17/2024 with the SAP Enable Now Manager

# Course Certificate

SAP Enable Now Online Training

Kyle william Rich

has successfully passed the course.

## Inmate-Inventory Management

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
10/4/2024

**Course Items:**

| | |
|---|---|
| Total number of lessons: | 1 |
| Included tests: | 8 |

**Test Score:**

| | |
|---|---|
| Tests passed: | 100% |
| Required minimum value: | 75% |

This certificate was created on 10/17/2024 with the SAP Enable Now Manager

# Course Certificate

SAP Enable Now Online Training

## Kyle william Rich

has successfully passed the course

## Inmate-Purchase Planning

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
10/7/2024

**Course Items:**

| | |
|---|---|
| Total number of lessons: | 1 |
| Included tests: | 9 |

**Test Score:**

| | |
|---|---|
| Tests passed: | 100% |
| Required minimum value: | 75% |

This certificate was created on 10/17/2024 with the SAP Enable Now Manager

# Course Certificate

SAP Enable Now Online Training

## Kyle william Rich

has successfully passed the course

## Inmate-Sales Order Processing

**Course Dates:**
3/17/2018 - 12/31/2030

**Passing Date:**
9/24/2024

**Course Items:**
Total number of lessons: 1
Included tests: 20

**Test Score:**
Tests passed: 90%
Required minimum value: 75%

This certificate was created on 10/17/2024 with the SAP Enable Now Manager

# *Certificate of Graduation*

## THRESHOLD PROGRAM

## FCC, COLEMAN, FL

# Kyle Rich

**For successfully completing the Threshold Program, May 23, 2024, at FCC Coleman, Low**

*Mrs J. Cote, Mentor Coordinator*

*J. Alba, Supervisory Chaplain*