# EXHIBIT 14

Letter of Support

Date: 4/19/2026

To Whom It May Concern,

This letter is to confirm that **Kyle Rich** will be residing at my residence upon his release.

He will be living at the following address:
2511 Date Dr.
Cocoa, FL 32926

I, **Mary Rich**, am the owner/primary resident of this property and have given permission for him to reside at this location. This residence will provide a stable and supportive living environment.

Kyle Rich will have a safe and appropriate place to live while he transitions back into the community. I am committed to supporting a structured and positive environment during this time.

If you require any additional information or verification, please feel free to contact me directly at **321-458-2931**.

Sincerely,

Mary Rich
Resident / Property Owner

Signature:
Date: 4/22/2026