# EXHIBIT 15

Letter of Intent to Hire

**Space Coast Elite Cleaning LLC**
Brevard County, Florida
Phone: 321-895-6613

Date: 4/19/2026

To Whom It May Concern,

This letter is to confirm that **Kyle Rich** has been offered employment with **Space Coast Elite Cleaning LLC** upon his release.

He will be employed in a **Commercial Cleaning Technician** position. His responsibilities will include, but are not limited to, general commercial cleaning services such as sanitation, floor care, restroom maintenance, trash removal, and maintaining cleanliness standards at various commercial properties.

This position will be **full-time**, with an expected start date **TBD** depending on definite release date. Compensation will be **$18 per hour**, with opportunities for growth based on performance and reliability.

Employment is contingent upon his release and ability to meet standard job requirements. Space Coast Elite Cleaning LLC is committed to providing a structured, supportive, and professional work environment.

If you require any additional information, please feel free to contact me directly.

Sincerely,

Jessica Hillman
Owner, Space Coast Elite Cleaning LLC
Phone: 321-895-6613
Email: scecleaning321@gmail.com