UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL NO. 4:16-R-00004-RGJ

KYLE WILLIAM RICH DEFENDANT

**UNITED STATES' MOTION FOR ADDITIONAL TIME TO RESPOND**

*-Electronically Filed-*

Comes the United States of America, by its counsel, Seth A. Hancock, Assistant United States Attorney for the Western District of Kentucky, and hereby moves the Court for a 21-day extension of time to respond to *pro se* defendant, Kyle William Rich's Motion for Reduction of Sentence [DN40]. The reasons for the extension of time are as follows:

At this time, the United States has ordered the Sentencing transcript from the Court Reporter. As such, the United States requests a twenty-one (21) day-extension after receipt of the transcript in which to file its Response.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

s/ Seth A. Hancock

Seth A. Hancock
Assistant United States Attorney
501 Broadway, Suite 29
Paducah, Kentucky 42001
Phone: (270) 443-2899
Email: Seth.Hancock@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

I further certify that I mailed the foregoing document, along with the Notice of Electronic filing, by first class mail to the following non-CM/ECF participant/Defendant: Kyle William Rich, Reg. No. 67559-018, FCI Coleman Low, PO Box 1031, Coleman FL 33521-1031.

s/ Seth A. Hancock
Seth A. Hancock