UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL NO. 4:16-CR-00004-JHM

KYLE WILLIAM RICH DEFENDANT

NOTICE OF FILING

Assistant United States Attorney, Seth A. Hancock, hereby files its proposed order that was inadvertently omitted from its Moton for Additional Time to Respond [DN44].

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*s/ Seth A. Hancock*
Seth A. Hancock
Assistant United States Attorney
Federal Building, Room 29
501 Broadway
Paducah, Kentucky 42001
PH: (270)443-2899
Email: seth.hancock@usdoj.gov