UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL NO. 4:16-R-00004-RGJ

KYLE WILLIAM RICH DEFENDANT

**ORDER GRANTING UNITED STATES' MOTION FOR ADDITIONAL TIME TO RESPOND**

*-Electronically Filed-*

The Court, having considered United States' Motion for Additional Time to Respond to *pro se* defendant, Kyle William Rich's Motion for Reduction of Sentence [DN40]; and being sufficiently advised;

IT IS HEREBY ORDERED THAT the United States' Motion is GRANTED and the United States has an additional twenty-one (21) days to respond to Defendant's Motion for Reduction of Sentence [DN40] after receipt of the Sentencing Transcript from the Court Reporter.

cc: USAO (SAH)
Kyle William Rich, *pro se*