KENTUCKY
COURT OF JUSTICE

16-CR-00391

# COMMONWEALTH VS. RICH, KYLE W

**HENDERSON CIRCUIT COURT**
Filed on **10/06/2016** as **CIRCUIT CRIMINAL** with **HON. KAREN L. WILSON**
Disposition on **05/19/2017** by **HON. KAREN L. WILSON**
****** NOT AN OFFICIAL COURT RECORD ******

## Case Memo — 16-CR-00391

*FEDERAL HOLD*

## Parties — 16-CR-00391

**RICH, KYLE W** as **DEFENDANT / RESPONDENT**
[redacted] Race: **W** Sex: **M** Hispanic: **N** Eye Color: **BE** Hair Color: **BN** Height: **510** Weight: **205**

### Bail Bonds

**NO BAIL SET (DEF MAY NOT POST BOND)** for **$0.00** set on **10/05/2016**
*FEDERAL INMATE*

### Address

[redacted]
HENDERSON KY 42420

**NEWMAN, BRAD-HPD** as **COMPLAINING WITNESS**

## Charges — 16-CR-00391

**ENH TICS, 1ST DEGREE, 1ST OFFENSE (>= 2 GMS METHAMPHETAMINE) - 218A.1412**
CHARGE 1 ORIGINAL 0423656
Charged on **10/04/2016** by citation **NA**

**DISMISSED** Disposition on **05/19/2017** by **NO TRIAL**
*FEDERAL HOLD*

**PERSISTENT FELONY OFFENDER - FIRST DEGREE - 532.080(3)**
CHARGE 2 ORIGINAL 0731010
Charged on **10/04/2016** by citation **NA**

**DISMISSED** Disposition on **05/19/2017** by **NO TRIAL**

## Documents — 16-CR-00391

**CRIMINAL HISTORY RECORD** filed on **10/06/2016**

**INDICTMENT** filed on **10/06/2016**

**ORDER - DESTRUCTION** entered on **06/21/2017**
*FINAL ORDER OF FORFEITURE AND/OR DESTRUCTION AND DISMISS CHARGES IN THE ABOVE INDICTMENT EXHANGE FOR FORFEITURE HEREIN*

**ORDER DISMISSING** entered on **09/21/2021**
*ORDER DISMISSING INDICTMENT*

## Events — 16-CR-00391

**ARRAIGNMENT** scheduled for **10/11/2016 09:00 AM** in room **300** with **HON. KAREN L. WILSON**

## Images — 16-CR-00391

There are no images found for this case.

****** End of Case Number : 16-CR-00391 ******